IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CAROLYN BALDWIN,                              )
                                             )
                   Plaintiff,                )
                                             )        CIVIL ACTION
vs.                                          )
                                             )        Case No. 1:25-CV-02152
BSV GREENWOOD VILLAGE LLC,                   )
                                             )
                   Defendant.                )

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, CAROLYN BALDWIN, and Defendant, BSV GREENWOOD VILLAGE LLC,

by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with

prejudice. Each party bears their own fees and costs.

Respectfully submitted this 15th day of November 2025.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  *Douglas S. Schapiro*
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

/s/  Joseph R. Kummer
Joseph R. Kummer, Esq. (39984)
Jachimiak Peterson Kummer, LLC
860 Tabor Street, Suite 200
Lakewood, CO  80401
Tel: (303) 863-7700
Email: jkummer@jpk.law

Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of November, 2025, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL